SEAN TAMURA-SATO (Cal. SBN 254092)
seant@minamitamaki.com
LISA P. MAK (Cal. SBN 260281)
lmak@minamitamaki.com
**MINAMI TAMAKI LLP**
101 Montgomery Street, Suite 825
San Francisco, CA 94104
Tel. (415) 788-9000
Fax (415) 398-3887

GINA SZETO-WONG (Cal. SBN 284883)
gina@szetowonglaw.com
**SZETO-WONG LAW, PC**
1300 Clay Street, Suite 600
Oakland, CA 94612-1427
Tel. (415) 264-1063
Fax (415) 869-5392

*Attorneys for Plaintiff Rouble P. Claire*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROUBLE P. CLAIRE, an individual,<br><br>                              Plaintiff,<br><br>vs.<br><br>COUNTY OF SUTTER; EARL MANION, in his individual capacity; VISHAAL VIRK, in his individual capacity; SARA M. HOLLIS; JANE DOE; and DOES 2-20, inclusive,<br><br>                              Defendants. | CASE NO. 22-CV-00780 WBS-AC<br><br>**PLAINTIFF'S NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**<br><br><br>Complaint Filed: May 9, 2022<br>Trial Date: None Set |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff ROUBLE P. CLAIRE accepts the offer of judgment served on him by Defendants COUNTY OF SUTTER, EARL MANION and VISHAAL VIRK on July 26, 2022, to allow a judgment to be entered in favor of Plaintiff and against Defendants COUNTY OF SUTTER, EARL MANION and VISHAAL VIRK in the sum of $25,000.00,

- 1 -

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

MINAMI TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA  94108
Tel. (415) 788-9000
Fax (415) 398-3887

plus reasonable costs and attorneys' fees incurred, as determined by the Court.  A true and correct copy of Defendants' Rule 68 Offer of Judgment is attached hereto as Exhibit A.

Dated:  August 8, 2022                    SZETO-WONG LAW, PC

                                          By:     /s/ Gina Szeto-Wong
                                                GINA SZETO-WONG

                                          *Attorneys for Plaintiff Rouble Claire*

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**