UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rouble P. Claire,<br><br>    Plaintiff,<br><br>v.<br><br>County of Sutter, et. al.,<br><br>    Defendant. | Case No. 2:22-cv-0780 WBS AC<br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED against defendants:

County of Sutter, Earl Manion and Vishaal Virk

pursuant to Notice of Acceptance with Offer of Judgment (docket #13) and Minute Order (docket # 14).

August 08, 2022　　　　　　　　　　　　　　　　　KEITH HOLLAND, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ J. Donati , Deputy Clerk