SEAN TAMURA-SATO (Cal. SBN 254092)
seant@minamitamaki.com
LISA P. MAK (Cal. SBN 260281)
lmak@minamitamaki.com
**MINAMI TAMAKI LLP**
101 Montgomery Street, Suite 825
San Francisco, CA 94104
Tel. (415) 788-9000
Fax (415) 398-3887

GINA SZETO-WONG (Cal. SBN 284883)
gina@szetowonglaw.com
**SZETO-WONG LAW, PC**
1300 Clay Street, Suite 600
Oakland, CA 94612-1427
Tel. (415) 264-1063
Fax (415) 869-5392

*Attorneys for Plaintiff Rouble Claire*

SERENA WARNER (Cal. SBN 264799)
swarner@akk-law.com
**ANGELO, KILDAY & KILDUFF LLP**
601 University Avenue, Suite 150
Sacramento, CA 95825
Tel. (916) 564-6100
Fax (916) 564-6263

*Attorneys for Defendants County of Sutter,
Earl Manion & Vishaal Virk*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROUBLE P. CLAIRE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SUTTER; EARL MANION, in his individual capacity; VISHAAL VIRK, in his individual capacity; SARA M. HOLLIS; JANE DOE; and DOES 2-20, inclusive,<br><br>Defendants. | **CASE NO. 22-CV-00780 TLN-AC**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

Pursuant to Local Rule 144, Plaintiff ROUBLE P. CLAIRE ("Plaintiff") and Defendants COUNTY OF SUTTER, EARL MANION, VISHAAL VIRK ("Defendants") stipulate as follows:

WHEREAS, on August 8, 2022, Plaintiff filed a Notice of Acceptance of Rule 68 Offer of Judgment.

WHEREAS, the deadline for Plaintiff to file a Motion for Attorneys' Fees and Costs ("Motion") is August 22, 2022.

WHEREAS, Defendants have agreed to extend Plaintiff's deadline by 60 (sixty) days, up to and including October 21, 2022.

WHEREAS, this is the first extension requested by the parties regarding the Motion.

NOW THEREFORE, the parties, through their respective counsel, hereby stipulate as follows:

The deadline for Plaintiff to file his Motion for Attorneys' Fees and Costs is extended to **October 21, 2022**.

**IT IS SO STIPULATED.**

Dated:  August 10, 2022.

Respectfully submitted,

SZETO-WONG LAW, PC

By:  /s/ Gina Szeto-Wong
GINA SZETO-WONG

///

///

///

- 2 -
**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**
**CASE NO. 22-CV-00780 TLN-AC**

Dated:  August 10, 2022.                     MINAMI TAMAKI LLP

                                             By:  /s/ Sean Tamura-Sato (as authorized on 8/10/22)
                                                  SEAN TAMURA-SATO

                                             *Attorneys for Plaintiff Rouble P. Claire*

Dated:  August 10, 2022.                     ANGELO, KILDAY & KILDUFF LLP

                                             By:  /s/ Serena M. Warner (as authorized on 8/10/22)
                                                  SERENA M. WARNER

                                             *Attorney for Defendants County of
                                             Sutter, Earl Manion & Vishaal Virk*

## [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Plaintiff's deadline to file his Motion for Attorneys' Fees and Costs is extended to **October 21, 2022**.

Dated: August 11, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE