DERICK E. KONZ SB No 286902
  Email: dkonz@akk-law.com
SERENA M. WARNER SB No 264799
  Email: swarner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants COUNTY OF SUTTER, EARL MANION AND VISHAAL VIRK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROUBLE P. CLAIRE, an individual<br><br>                    Plaintiff,<br><br>           vs.<br><br>COUNTY OF SUTTER, EARL MANION, in his individual capacity; VISHAAL VIRK, in his individual capacity; SARA M. HOLLIS; JANE DOE; and DOES 2-20, inclusive.<br><br>                    Defendant. | Case No.: 2:22-CV-00780-TLN-AC<br><br>**STIPULATION TO CONTINUE THE TIME TO FILE A FEE PETITION AND** ~~PROPOSED~~ **ORDER** |

Pursuant to Local Rule 144, Plaintiff ROUBLE P. CLAIRE ("Plaintiff") and Defendants COUNTY OF SUTTER, EARL MANION, and VISHAAL VIRK ("Defendants") stipulate as follows:

WHEREAS, on August 8, 2022, Plaintiff filed a Notice of Acceptance of a Rule 68 Offer of Judgment;

WHEREAS, Judgment was entered pursuant to the Rule 68 offer on August 8, 2022;

WHEREAS, the Parties previously stipulated to extend the deadline for a Motion for Attorneys' Fees and Costs from August 22, 2022 to October 21, 2022 (a 60-day extension) to allow

1 time for the Parties to attempt to resolve the fee issue informally;

2 WHEREAS, inquiry about authority for resolution of the outstanding issue went before the
3 Sutter County Board of Supervisors on October 11, 2022 in closed session;

4 WHEREAS, the Parties attempted to resolve the matter informally and in good faith but
5 determined on October 14, 2022 that they were at an impasse;

6 WHEREAS, Plaintiff plans to file a Motion for Fees and Costs;

7 WHEREAS, the Parties agree there is good cause to allow Plaintiff additional time to file
8 the motion for fees due to the time it took for the fee issue to be presented to the Sutter County
9 Board;

10 WHEREAS, the Parties agree to extend the deadline for Plaintiff to file the motion to
11 January 31, 2023.

## **STIPULATION**

Accordingly, the Parties hereby stipulate and agree as follows:

The new deadline for Plaintiff to file a motion for fees and costs is extended to January 31, 2022.

Dated: October 19, 2022        SZETO-WONG LAW, PC

*/s/ Gina Szeto-Wong*
(As Authorized on 10/18/2022)
By:___ _____
GINA SZETO-WONG
Attorneys for Plaintiff ROUBLE CLAIRE

Dated: October 19, 2022        ANGELO, KILDAY & KILDUFF, LLP

By:_____*/s/ Serena M Warner*_____
SERENA M. WARNER
Attorneys for Defendants COUNTY OF SUTTER, EARL MANION AND VISHAAL VIRK

**[~~PROPOSED~~] ORDER**

Upon consideration of the stipulation between Plaintiff CLAIRE and Defendants SUTTER, MANION, AND VIRK and the foregoing showing of good cause, the Court modifies the scheduling order as follows:

The new deadline for Plaintiff to file a motion for fees and costs is extended to January 31, 2023.

**IT IS SO ORDERED**:

Dated: October 19, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE