UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROUBLE P. CLAIRE,<br><br>  Plaintiff,<br><br>  v.<br><br>SARAH M. HOLLIS,<br><br>  Defendant. | No. 2:22-cv-00780 TLN AC PS<br><br><br><br>ORDER |

Defendant is proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(21). Plaintiff has requested an extension of the discovery deadline from January 19, 2024 to March 19, 2024. ECF No. 43. Defendant Sarah M. Hollis, who is the only remaining defendant, did not oppose the motion. The court previously issued sanctions against Ms. Hollis for failure to participate in discovery. ECF No. 42. The court finds plaintiff is diligently pursing discovery and there is good cause for the extension of time. ECF No. 43. For good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 43) is GRANTED, and the fact discovery deadline is RE-SET to March 19, 2024.

////

////

2. No other dates or deadlines are impacted by this order.

DATED: January 26, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE