UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rouble P. Claire , <br><br>       Plaintiff, <br><br>  v. <br><br>Sara M. Hollis, <br><br>       Defendant. | Case No.  2:22-cv-00780 TLN AC <br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Sara M. Hollis

June 12, 2024                                                                 KEITH HOLLAND, CLERK

                                                                      By: /s/  K. Lopez, Deputy Clerk