1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ROUBLE P. CLAIRE, an individual,          No.  2:22-cv-00780 TLN AC PS

12                  Plaintiff,

13        v.                                   ORDER

14  SARA M. HOLLIS,

15                  Defendant.

16

17        On June 12, 2024, the district judge in this case ordered default judgment to be entered

18  against the pro se defendant as terminating sanctions, with the amount to be determined by

19  separate motion.  ECF No. 53.  Over three months have passed, and no motion or status report

20  regarding the judgment amount has been filed.

21        Plaintiff is hereby ORDERED to submit a motion or status report no later than October

22  21, 2024.  If plaintiff fails to respond, the court may recommend sanctions, up to and including

23  dismissal of this case pursuant to Local Civil Rule 110.

24        IT IS SO ORDRED.

25  DATED: September 19, 2024

26                                            _____
                                              ALLISON CLAIRE
27                                            UNITED STATES MAGISTRATE JUDGE

28