UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROUBLE P. CLAIRE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SARA M. HOLLIS,<br><br>　　　　Defendant. | No.  2:22-cv-00780-TLN-AC<br><br><br>**ORDER** |

Defendant Sara M. Hollis is proceeding pro se.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On February 27, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 63.)  Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　1. The findings and recommendations filed February 27, 2025, are ADOPTED IN FULL;

　　2. Plaintiff's motion for damages against Defendant Sara M. Hollis (ECF No. 56) is GRANTED in the reduced total amount of $122,035 ($25,000 in statutory damages, $40,000 in

1  actual damages, and $57,035.00 in attorney's fees).  Following entry of the damages award, the

2  Clerk of Court is directed to close this case

3        IT IS SO ORDERED.

4  Date: April 30, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE