# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROUBLE P. CLAIRE ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **2:22−CV−00780−TLN−AC** |
| **SARA M. HOLLIS , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/1/2025 .**

ENTERED:  **September 12, 2025**      /s/ **Keith Holland**
                                                                          Clerk of Court